IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | MISC. NO._____ |
| | : | |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., *et al.* | : : | |
| | : | |
| Defendants. | : | |

PLAINTIFF'S MOTION AND ORDER
FOR ADMISSION PRO HAC VICE OF JUSTIN A. NELSON

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent plaintiff Kentucky Speedway, LLC: Justin A. Nelson, Susman L.L.P., 1201 Third Avenue, #3800, Seattle, Washington 98101 (206) 516-3880. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

Of counsel:

Stephen D. Susman
Vineet Bhatia
Susman Godfrey, L.L.P.
1000 Louisiana St., #5100
Houston, TX 77002
(713) 651-9366
(713) 654-6666 (facsimile)
ssusman@susmangodfrey.com
vbhatia@susmangodfrey.com

Justin A. Nelson
Susman Godfrey, L.L.P.
1201 Third Avenue, #3800
Seattle, WA 98101
(206) 516-3880
(206) 516-3883 (facsimile)
jnelson@susmangodfrey.com

DATED: October 24, 2006

BOUCHARD MARGULES & FRIEDLANDER, P.A.

By _____
Joel Friedlander (I.D. No. 3163)
John M. Seaman (I.D. No. 3863)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jfriedlander@bmf-law.com
jseaman@bmf-law.com

## ORDER GRANTING MOTION

   IT IS HEREBY ORDERED this _____ day of October, 2006, that counsel's motion for admission *pro hac vice* is granted.

                   _____
                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of Texas, Washington, and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Justin A. Nelson
Susman Godfrey, L.L.P.
1201 Third Avenue, #3800
Seattle, WA 98101
(206) 516-3880
(206) 516-3883 (facsimile)
jnelson@susmangodfrey.com

Dated: October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, I filed the foregoing **Plaintiff's Motion for Admission Pro Hac Vice of Justin A. Nelson** with the Clerk of Court. I also caused a copy of the same to be served upon the following recipients by hand:

Richard G. Placey
Richard M. Donaldson
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Email: rplacey@mmwr.com
Email: rdonaldson@mmwr.com

In addition, I caused the foregoing document to be served on the following recipients by email:

Helen M. Maher
Boies, Schiller & Flexner LLP - New York
333 Main Street
Armonk, NY 10504
Email: hmaher@bsfllp.com

Robert B. Craig
Taft, Stettinius & Hollister, LLP - Covington
1717 Dixie Highway
Suite 340
Covington, KY 41011-4704
Email: craigr@taftlaw.com

Guy I. Wade, III
Melissa J. Swindle
Rodney Acker
Jenkens & Gilchrist, P.C. - Dallas
1445 Ross Avenue
Suite 3700
Dallas, TX 75202-2799
Email: cbrophy@jenkens.com
Email: gwade@jenkens.com
Email: mswindle@jenkens.com
Email: racker@jenkens.com

By _/s/ John M. Seaman_
John M. Seaman (I.D. No. 3863)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jseaman@bmf-law.com