IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENTUCKY SPEEDWAY, LLC | : |
| Plaintiff, | : |
| vs. | : Misc. No. 06-203 |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., *et al.* | : |
| Defendants. | : |

## ORDER GRANTING MOTION TO SEAL

Upon the motion of plaintiff for an order permitting them to file under seal limited portions of a motion to compel non-party discovery, having heard from the parties, having reviewed the protective order issued in *Kentucky Speedway v. NASCAR et al.*, (case no. 2-05-CV-138) (Bertelsman, J.), currently pending in the Eastern District of Kentucky (the "Protective Order"), and good cause therefore having been shown,

IT IS HEREBY ORDERED this 26th day of October, 2006 that plaintiff's motion is GRANTED. The information referenced in plaintiff's motion may be filed under seal, as well as future filings in this action pursuant to the terms of the Protective Order.

_____
United States District Judge