# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY LLC, | : | Case No: 1:06-mc-00203-KAJ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL ASSOCIATION FOR | : | |
| STOCK CAR AUTO RACING, INC., | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

_____

**ENTRY OF APPEARANCE**
_____

Kindly enter our appearance as counsel on behalf of Non-party Dover Motorsports, Inc. in connection with the above-referenced matter.

Dated: November 1, 2006                Respectfully submitted,

                                       */s/ Richard M. Donaldson*

                                       _____
                                       Richard G. Placey (DE No. 4206)
                                       Richard M. Donaldson (DE No. 4367)
                                       MONTGOMERY, MCCRACKEN,
Of counsel:                               WALKER & RHOADS, LLP
                                       300 Delaware Avenue, Suite 750
Klaus M. Belohoubek, Esquire           Wilmington, DE 19801
Senior Vice President - General Counsel  Tel: (302) 504-7880
Dover Motorsports, Inc.                Fax: (302) 504-7820
Concord Plaza; 3505 Silverside Road
Plaza Centre Bldg., Suite 203          Attorneys for Non-Party
Wilmington, DE  19810                     Dover Motorsports, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of November, 2006, I caused a true and correct copy of the foregoing Entry of Appearance to be served via electronic notice to the parties as provided by the electronic filing system and via United States First Class Mail, postage prepaid, upon the following at the addresses listed below:

John M. Seaman
Bouchard Margules & Freidlander PA
222 Delaware Avenue, Suite 1400
Wilmington DE 19801

and

Justin A. Nelson
Susman Godfrey
1201 Third Avenue, Suite 3800
Seattle, WA 98101
*Attorneys for Plaintiff*

Kimberly S. Amrine
Frost Brown Todd LLC - Cincinnati
201 E. Fifth Street
2200 PNC Center
Cincinnati, OH 45202
*Attorneys for Defendant National Association of Stock Car Auto Racing, Inc.*

Helen M. Maher
Boies, Schiller & Flexner LLP – New York
333 Main Street
Armonk, NY 10504
*Attorneys for Defendant National Association of Stock Car Auto Racing, Inc.*

Robert B. Craig
Taft, Stettinius & Hollister, LLP - Covington
1717 Dixie Highway, Suite 340
Covington, KY 41011-4704
*Attorneys for Defendant
International Speedway Corporation*

Guy I. Wade, III
Jenkens & Gilchrist, P.C. – Dallas
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799
*Attorneys for DefendantInternational Speedway Corporation*

*/s/ Richard M. Donaldson*
_____
Richard M. Donaldson (DE #4367)