**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY, LLC | : | CASE NO: |
| | : | |
| Plaintiff, | : | 1:06-mc-00203-KAJ |
| v. | : | |
| | : | |
| NATIONAL ASSOCIATION | : | |
| FOR STOCK CAR AUTO | : | |
| RACING, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |

**STIPULATION WITHDRAWING PLAINTIFF'S**
**TRANSFER REQUEST AND SETTING BRIEFING**
**SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL**

It is hereby STIPULATED and AGREED by and between Plaintiff/Movant herein Kentucky Speedway, LLC ("Kentucky") and Non-party/Respondent herein Dover Motorsports, Inc. ("Dover"), subject to the approval of the Court, as follows:

1. The request for transfer of this matter made in to Plaintiff's Motion to Compel Against Third Party Dover Motorsports, Inc. (D.I. #1) ("Motion to Compel") is withdrawn with prejudice.

2. Briefs shall now be filed with respect to the Motion to Compel as follows:

    (a) Kentucky relies on the Motion to Compel and supporting documents as its opening brief and will not file an additional or separate brief;

    (b) Dover's answering brief and accompanying documents (including cross-motion to strike) will be filed no later than ten (10) days after Kentucky executes this stipulation;

    (c) Kentucky's reply shall be filed no later than five (5) days after service of the answering brief and cross motion; and

2135272v1

-2-

    (d)    Any reply by Dover in support of the motion to strike shall be filed no later than five (5) days after Kentucky's response to that motion.

Respectfully submitted,

|   |   |
|---|---|
|   /s/ John M. Seaman      12/1/06 |    /s/ RGPlacey      12/1/06 |
| John M. Seaman (I.D. No. 3863)  (date) | Richard G. Placey (I.D. No. 4206)  (date) |
| BOUCHARD MARGULES & FRIEDLANDER PA | Richard M. Donaldson (I.D. No. 4367) |
|  | MONTGOMERY, McCRACKEN, |
| 222 Delaware Avenue, Suite 1400 |   WALKER & RHOADS, LLP |
| Wilmington DE 19801 | 300 Delaware Avenue, Suite 750 |
|  | Wilmington, DE 19801 |
| and | Tel: (302) 504-7880 |
|  | Fax: (302) 504-7820 |
| Justin A. Nelson |  |
| SUSMAN GODFREY | *Attorneys for Non-Party/Respondent* |
| 1201 Third Avenue, Suite 3800 | *Dover Motorsports, Inc.* |
| Seattle, WA 98101 |  |
| *Attorneys for Plaintiff/Movant* |  |
| *Kentucky Speedway LLC* |  |

    IT IS SO ORDERED this _____ day of _____, 2006.

                                                                                    _____

2135272v1