# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY, LLC | : | CASE NO: |
| Plaintiff, | : | 1:06-mc-00203-KAJ |
| v. | : | |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., ET AL., | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, I caused a true and correct copy of the Brief of Non-Party Dover Motorsports, Inc. (1) in Support of Dover's Motion to Strike and (2) in Opposition to Plaintiff's Motion to Compel Against Third Party Dover Motorsports Inc., the Cross Motion to Strike all Redacted Portions of Plaintiff's Motion to Compel Against Non-Party Dover Motorsports, Inc., along with supporting documents (including the Cross-Motion to Strike), to be served via electronic notice to the parties as provided by the electronic filing system and via United States First Class Mail, postage prepaid, upon the following at the addresses listed below:

John M. Seaman
Bouchard Margules & Freidlander PA
222 Delaware Avenue, Suite 1400
Wilmington DE 19801

 and

Justin A. Nelson
Susman Godfrey
1201 Third Avenue, Suite 3800
Seattle, WA 98101

*Attorneys for Plaintiff*

Kimberly S. Amrine
Frost Brown Todd LLC - Cincinnati
201 E. Fifth Street
2200 PNC Center
Cincinnati, OH 45202

*Attorneys for Defendant National Association of Stock Car Auto Racing, Inc.*

Helen M. Maher
Boies, Schiller & Flexner LLP – New York
333 Main Street
Armonk, NY 10504

*Attorneys for Defendant National*
*Association of Stock Car Auto Racing, Inc.*

Robert B. Craig
Taft, Stettinius & Hollister, LLP - Covington
1717 Dixie Highway, Suite 340
Covington, KY 41011-4704

*Attorneys for Defendant*
*International Speedway Corporation*

Guy I. Wade, III
Jenkens & Gilchrist, P.C. – Dallas
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

*Attorneys for Defendant*
*International Speedway Corporation*

          /s/  RG Placey
Richard G. Placey