## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY, LLC | : | CASE NO: |
| | : | |
| Plaintiff, | : | 1:06-mc-00203-KAJ |
| v. | : | |
| | : | |
| NATIONAL ASSOCIATION | : | |
| FOR STOCK CAR AUTO | : | |
| RACING, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |

### RULE 7.1 DISCLOSURE BY NON-PARTY DOVER
### MOTORSPORTS, INC. OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Non-Party Dover Motorsports, Inc. ("Dover") states that:

Dover is a public company, has no parent corporation and no publicly held corporation owns 10% or more of Dover's stock.

                          Respectfully submitted,

Dated: December 13, 2006        /s/ RG Placey
                          Richard G. Placey (DE I.D. No. 4206)
                          Richard M. Donaldson (DE I.D. No. 4367)
                          MONTGOMERY, McCRACKEN,
                           WALKER & RHOADS, LLP
                          300 Delaware Avenue, Suite 750
Of Counsel:                Wilmington, DE 19801
                          Tel: (302) 504-7880
                          Fax: (302) 504-7820

Klaus M. Belohoubek, Esquire
Senior Vice President and General Counsel   Attorneys for Non-Party
Dover Motorsports, Inc.                     Dover Motorsports, Inc.
Concord Plaza
3505 Silverside Road
Plaza Centre Bldg., Suite 203
Wilmington, DE 19810

2128844v1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY, LLC | : | CASE NO: |
| | : | |
| Plaintiff, | : | 1:06-mc-00203-KAJ |
| v. | : | |
| | : | |
| NATIONAL ASSOCIATION | : | |
| FOR STOCK CAR AUTO | : | |
| RACING, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of December, 2006, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure by Non-Party Dover Motorsports, Inc. of Interested Persons to be served via electronic notice to the parties as provided by the electronic filing system and via United States First Class Mail, postage prepaid, upon the following at the addresses listed below:

John M. Seaman
Bouchard Margules & Freidlander PA
222 Delaware Avenue, Suite 1400
Wilmington DE 19801

and

Justin A. Nelson
Susman Godfrey
1201 Third Avenue, Suite 3800
Seattle, WA 98101
*Attorneys for Plaintiff*

Kimberly S. Amrine
Frost Brown Todd LLC - Cincinnati
201 E. Fifth Street
2200 PNC Center
Cincinnati, OH 45202
*Attorneys for Defendant National Association of Stock Car Auto Racing, Inc.*

Helen M. Maher
Boies, Schiller & Flexner LLP – New York
333 Main Street
Armonk, NY 10504
*Attorneys for Defendant National Association of Stock Car Auto Racing, Inc.*

Robert B. Craig
Taft, Stettinius & Hollister, LLP - Covington
1717 Dixie Highway, Suite 340
Covington, KY 41011-4704
*Attorneys for Defendant
International Speedway Corporation*

Guy I. Wade, III
Jenkens & Gilchrist, P.C. – Dallas
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799
*Attorneys for Defendant International Speedway Corporation*

                                                            /s/ RG Placey
                                                          Richard G. Placey

2128844v1