IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENTUCKY SPEEDWAY, LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :     Misc. No. 06-203 *** |
| | : |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., *et al.* | : |
| | : |
| Defendants. | : |

**STIPULATION EXTENDING DEADLINE FOR PLAINTIFF'S
REPLY IN SUPPORT OF MOTION TO COMPEL
AND OPPOSITION TO DOVER'S MOTION TO STRIKE**

It is hereby STIPULATED and AGREED by and between Plaintiff/Movant herein Kentucky Speedway, LLC ("Kentucky") and Non-party/Respondent herein Dover Motorsports, Inc. ("Dover"), subject to the approval of the Court, as follows:

1. Kentucky's Reply in Support of its Motion to Compel and Opposition to Dover's Motion to Strike shall be filed on or before December 26, 2006.

_____
John M. Seaman (I.D. No. 3863)
BOUCHARD MARGULES &
FRIEDLANDER PA
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
*Attorneys for Plaintiff/Movant Kentucky Speedway LLC*

_____
Richard G. Placey (I.D. No. 4206)
Richard M. Donaldson (I.D. No. 4367)
MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7880
*Attorneys for Non-Party/Respondent Dover Motorsports, Inc.*

Dated: December 19, 2006

Dated: December 19, 2006

IT IS SO ORDERED this _____ day of December, 2006.

_____

{BMF-W0035070.}

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I filed the foregoing **Stipulation Extending Deadline for Plaintiff's Reply in Support of Motion to Compel and Opposition to Dover's Motion to Strike** with the Clerk of Court. I also caused a copy of the same to be served upon the following recipients by hand:

Richard G. Placey
Richard M. Donaldson
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Email: rplacey@mmwr.com
Email: rdonaldson@mmwr.com

In addition, I caused the foregoing document to be served on the following recipients by email and U.S. Mail:

Helen M. Maher
Boies, Schiller & Flexner LLP - New York
333 Main Street
Armonk, NY 10504
Email: hmaher@bsfllp.com

Robert B. Craig
Taft, Stettinius & Hollister, LLP - Covington
1717 Dixie Highway
Suite 340
Covington, KY 41011-4704
Email: craigr@taftlaw.com

Guy I. Wade, III
Melissa J. Swindle
Rodney Acker
Jenkens & Gilchrist, P.C. - Dallas
1445 Ross Avenue
Suite 3700
Dallas, TX 75202-2799
Email: cbrophy@jenkens.com
Email: gwade@jenkens.com
Email: mswindle@jenkens.com
Email: racker@jenkens.com

By _____
John M. Seaman (I.D. No. 3865)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jseaman@bmf-law.com

Case 1:06-mc-00203-***-MPT    Document 19-2    Filed 12/19/2006    Page 2 of 2