IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENTUCKY SPEEDWAY, LLC | : |
|        Plaintiff, | : |
| vs. | :   Misc. No. 06-203 *** |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., *et al.* | : |
|        Defendants. | : |

**PLAINTIFF KENTUCKY SPEEDWAY, LLC'S
<u>AMENDED RULE 7.1 STATEMENT</u>**

Plaintiff Kentucky Speedway, LLC ("Kentucky") hereby amends and corrects the Rule 7.1 statement included in Kentucky's Motion to Compel (D.I. No. 3 at 10), to state that OSI Restaurant Partners, Inc., owns more than 10% of the capital of Kentucky.

Of counsel:

Stephen D. Susman
Vineet Bhatia
Susman Godfrey, L.L.P.
1000 Louisiana St., #5100
Houston, TX 77002
(713) 651-9366
(713) 654-6666 (facsimile)
ssusman@susmangodfrey.com
vbhatia@susmangodfrey.com

Justin A. Nelson
Susman Godfrey, L.L.P.
1201 Third Avenue, #3800
Seattle, WA 98101
(206) 516-3880
(206) 516-3883 (facsimile)
jnelson@susmangodfrey.com

BOUCHARD MARGULES & FRIEDLANDER, P.A.

By _____
Joel Friedlander (I.D. No. 3163)
John M. Seaman (I.D. No. 3863)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jfriedlander@bmf-law.com
jseaman@bmf-law.com

*Counsel for Plaintiff
Kentucky Speedway, LLC*

Dated: December 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I filed the foregoing **Plaintiff Kentucky Speedway, LLC's Amended Rule 7.1 Statement** with the Clerk of Court. I also caused a copy of the same to be served upon the following recipients by hand:

Richard G. Placey
Richard M. Donaldson
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Email: rplacey@mmwr.com
Email: rdonaldson@mmwr.com


In addition, I caused the foregoing document to be served on the following recipients by email and U.S. Mail:

Helen M. Maher
Boies, Schiller & Flexner LLP - New York
333 Main Street
Armonk, NY 10504
Email: hmaher@bsfllp.com

Robert B. Craig
Taft, Stettinius & Hollister, LLP -
Covington
1717 Dixie Highway
Suite 340
Covington, KY 41011-4704
Email: craigr@taftlaw.com

Guy I. Wade, III
Melissa J. Swindle
Rodney Acker
Jenkens & Gilchrist, P.C. - Dallas
1445 Ross Avenue
Suite 3700
Dallas, TX 75202-2799
Email: cbrophy@jenkens.com
Email: gwade@jenkens.com
Email: mswindle@jenkens.com
Email: racker@jenkens.com

2

By _/s/ John M. Seaman_
John M. Seaman (I.D. No. 3863)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jseaman@bmf-law.com