IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY, LLC | : | CASE NO: |
| | : | |
| Plaintiff, | : | 1:06-mc-00203-KAJ |
| v. | : | |
| | : | |
| NATIONAL ASSOCIATION | : | |
| FOR STOCK CAR AUTO | : | |
| RACING, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |

**STIPULATION EXTENDING TIME FOR THE FILING
OF DOVER'S REPLY BRIEF IN SUPPORT OF THE MOTION TO STRIKE**

It is hereby STIPULATED and AGREED by and between Plaintiff/Movant herein Kentucky Speedway, LLC ("Kentucky") and Non-party/Respondent herein Dover Motorsports, Inc. ("Dover"), subject to the approval of the Court, that Dover may have until Monday, January 8, 2006 to file its reply in support of the motion to strike.

Respectfully submitted,

_____ 1/4/07       /s/ RGPlacey                1/4/07
John M. Seaman (I.D. No. 3863)  (date)    Richard G. Placey (I.D. No. 4206)  (date)
BOUCHARD MARGULES &              Richard M. Donaldson (I.D. No. 4367)
  FRIEDLANDER PA                 MONTGOMERY, McCRACKEN,
222 Delaware Avenue, Suite 1400    WALKER & RHOADS, LLP
Wilmington DE 19801              300 Delaware Avenue, Suite 750
   and                           Wilmington, DE 19801
Justin A. Nelson
SUSMAN GODFREY                   *Attorneys for Non-Party/Respondent*
1201 Third Avenue, Suite 3800    *Dover Motorsports, Inc.*
Seattle, WA 98101

*Attorneys for Plaintiff/Movant
Kentucky Speedway LLC*

IT IS SO ORDERED this _____ day of _____, 2007.

_____

2143525v1