## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENTUCKY SPEEDWAY, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 06-mc-203-*** (MPT) |
| : | |
| NATIONAL ASSOCIATION FOR STOCK : | |
| CAR AUTO RACING, INC., et al., : | |
| : | |
| Defendants. : | |

### **ORDER**

At Wilmington this **12th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, January 22, 2007 at 12:00 Noon Eastern Time** with Magistrate Judge Thynge to address the discovery related motions. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE