IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENTUCKY SPEEDWAY, LLC : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> NATIONAL ASSOCIATION FOR STOCK : <br> CAR AUTO RACING, INC., *et al.* : <br> : <br> Defendants. : | Misc. No. 06-203 (KAJ) |

DECLARATION OF JOHN M. SEAMAN
REGARDING ATTORNEYS' FEES INCURRED IN RESPONDING TO
DOVER MOTORSPORTS INC.'S MOTION FOR SANCTIONS

STATE OF DELAWARE )
                            ) ss.
COUNTY OF NEW CASTLE )

      1.      I am an associate at the firm of Bouchard Margules & Friedlander, P.A. I submit this Declaration in Support of Plaintiff Kentucky Speedway, LLC's ("Kentucky") application for sanctions incurred in responding to Dover Motorsports Inc.'s ("Dover") application for attorneys' fees incurred in responding to Kentucky's subpoenas. (D.I. 29)

      2.      Kentucky seeks an award of its attorneys' fees incurred in responding to Dover's application for sanctions against Kentucky for issuing two Delaware subpoenas and for responding to the motions as ordered and granted by the Court (the "Dover Fee Application").

      3.      I make this declaration setting out for the Court the attorneys' fees that Kentucky has incurred in responding to Dover's Fee Application. The hours spent and rates set forth are based upon the time records and bills of my firm Bouchard Margules &

1

Friedlander, P.A. ("BMF"), and my co-counsel's firm, Susman Godfrey, LLP ("SG"), which are accurate to the best of my knowledge, information and belief.

4. <u>SG Fees</u> – 8.0 hours of attorney associate time at $400 per hour for Justin Nelson, and 1.0 hour of attorney associate time at $300 per hour for John M. Neukom.

5. <u>BMF Fees</u> – 2.75 hours of attorney associate time at $300 per hour for John M. Seaman.

_____
John M. Seaman

Sworn to and subscribed before me this 6th day of March, 2007

_____
Notary Public

JULIE L. FIELDER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 9, 2008

2